UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID KELLEY, derivatively on behalf of KOHL'S CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>PETER BONEPARTH, WENDY ARLIN, MICHAEL J. BENDER, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, MARGARET L. JENKINS, THOMAS A. KINGSBURY, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and ADOLFO VILLAGOMEZ,<br><br>       Defendants,<br><br>and<br><br>KOHL'S CORPORATION,<br><br>       Nominal Defendant. | Case No. 2:24-cv-00604-LA |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE THAT Plaintiff David Kelley hereby serves this notice of voluntary dismissal of the above-captioned action (the "Action") without prejudice pursuant to Fed. R. Civ. P. Rule 41 (a)(1)(A)(i) with each party to bear their own costs. No defendant has served an answer or motion for summary judgment in the Action.

                    **THE WEISER LAW FIRM, P.C.**

                    *s/ James M. Ficaro*
                    JAMES M. FICARO
                    jficaro@weiserlawfirm.com
                    Four Tower Bridge 200
                    Barr Harbor Drive, Suite 400
                    West Conshohocken, PA 19428
                    Telephone: (610) 225-0206